IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

            Plaintiff,

                v.

BLENDJET INC.,

            Defendant.

22cv0936
LEAD CASE

---

BLAIR DOUGLASS,

            Plaintiff,

                v.

EC DESIGN LLC,

            Defendant.

22cv0941
MEMBER CASE

---

BLAIR DOUGLASS,

            Plaintiff,

                v.

MANSUR GAVRIEL LLC,

            Defendant.

22cv0942
MEMBER CASE

---

BLAIR DOUGLASS,

            Plaintiff,

                v.

METABOLIC MEALS, LLC,

            Defendant.

22cv0945
MEMBER CASE

BLAIR DOUGLASS,

        Plaintiff,                22cv0949
                                      MEMBER CASE

                v.

JWU LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                22cv0950
                                        MEMBER CASE

                v.

ZWILLING J.A. HENCKELS, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                22cv0955
                                        MEMBER CASE

                v.

KITSCH, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                22cv0956
                                        MEMBER CASE

                v.

NILI LOTAN, INC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,               22cv0957
                                   MEMBER CASE

                v.

CARBON 38, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,               22cv0964
                                   MEMBER CASE

                v.

FRAME LA BRANDS, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,               22cv0966
                                   MEMBER CASE

                v.

THE CALDREA COMPANY,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,               22cv0967
                                     MEMBER CASE

                v.

360SWEATER COMPANY, LLC,

        Defendant.

BLAIR DOUGLASS,

               Plaintiff,                       22cv0977
                                                        MEMBER CASE

                  v.

LOOPY CASES LLC,

               Defendant.

---

BLAIR DOUGLASS,

               Plaintiff,                       22cv0978
                                                        MEMBER CASE

                  v.

AUTHENTIC BRANDS GROUP LLC,

               Defendant.

---

BLAIR DOUGLASS,

               Plaintiff,                       22cv0979
                                                        MEMBER CASE

                  v.

BLU DOT DESIGN & MANUFACTURING,
INC.,

               Defendant.

---

BLAIR DOUGLASS,

               Plaintiff,                       22cv0982
                                                        MEMBER CASE

                  v.

MOTHER LLC,

               Defendant.

BLAIR DOUGLASS,

                Plaintiff,                      22cv0983
                                                MEMBER CASE

                      v.

MARC FISHER LLC,

                Defendant.

---

BLAIR DOUGLASS,

                Plaintiff,                      22cv0984
                                                MEMBER CASE

                      v.

SCOSCHE INDUSTRIES, INC.,

                Defendant.

---

BLAIR DOUGLASS,

                Plaintiff,                      22cv0985
                                                  MEMBER CASE

                      v.

SUMMER CLASSICS, INC,

                Defendant.

---

BLAIR DOUGLASS,

                Plaintiff,                      22cv0986
                                                  MEMBER CASE

                      v.

C.C. FILSON CO.,

                Defendant.

ORDER OF CONSOLIDATION

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.    Civil Action Nos. 22-941, 22-942, 22-945, 22-949, 22-950, 22-955, 22-956, 22-257, 22-964, 22-966, 22-967, 22-977, 22-978, 22-979, 22-982, 22-983, 22-984, 22-985, and 22-986 are hereby consolidated with **Civil Action No. 2:22-cv-936**, the lead case as captioned above.

2.    All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2: 22-cv-936.**

3.    The Clerk of Court shall **close** Civil Action Nos. 22-941, 22-942, 22-945, 22-949, 22-950, 22-955, 22-956, 22-257, 22-964, 22-966, 22-967, 22-977, 22-978, 22-979, 22-982, 22-983, 22-984, 22-985, and 22-986.

                    **SO ORDERED** this 15th day of July, 2022.

                    s/Arthur J. Schwab
                    Arthur J. Schwab
                    United States District Judge